IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELSA HENCINSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 25-3465 |
| | : | |
| | : | |
| VILLANOVA UNIVERSITY IN THE | : | |
| STATE OF PENNSYLVANIA | : | |

O R D E R

AND NOW, this day 30th day of April, 2026, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter.


**GEORGE WYLESOL,** Clerk of Court


By: /s/ Mia Harvey
      Mia Harvey
      Courtroom Deputy to Judge Mia R. Perez